**H.G. DAVIS, Appellant,**

v.

**Johnny Wayne CARTER, Judge, one and all; Faulkner County Quorum Court, one and all; H.G. Foster, Prosecuting Atty., one and all; Marty Montgomery, originally sued as Monty Montgomery, Appellees.**

No. 06–3467.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 21, 2007.

Filed: Oct. 4, 2007.

H.G. Davis, Conway, AR, pro se.

Michael R. Rainwater, J. Stephen Holt, Jeremy Michael Cliffor McNabb, Rainwa-

ter & Holt, Mark Lunsford Pryor, Attorney General's Office, Melanie Winslow Hoover, Arkansas Attorney General's Office, Little Rock, AR, for Appellees.

Before BYE, RILEY, and MELLOY, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

H.G. Davis appeals the district court's [1] order denying his motion to set aside judgment in his 42 U.S.C. § 1983 lawsuit. We find no abuse of discretion in the district court's dismissal of his postjudgment motion as untimely. *See Middleton v. McDonald,* 388 F.3d 614, 616 (8th Cir.2004) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.